CO-386-online
10/03

# United States District Court
# For the District of Columbia

Fix the Court )
)
)
)
          Plaintiff )    Civil Action No. __18-cv-_____
    vs )
U.S. Department of Justice )
)
)
          Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Fix the Court_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Fix the Court_____ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

999851                                  Elizabeth France
BAR IDENTIFICATION NO.                  Print Name

                                        1030 15th Street NW, B255
                                        Address

                                        Washington, DC 20005
                                        City        State        Zip Code

                                        202.869.5244
                                        Phone Number