IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>*Defendants*. )<br>) | Case No. 18-cv-1620 (CKK) |

# **DECLARATION OF GABE ROTH**

I, GABE ROTH, hereby declare as follows:

1.  I am the Executive Director of Fix the Court, a national, non-partisan grassroots organization created to promote accountability, transparency, and reform at the United States Supreme Court.

### *Fix the Court's Mission and Contributions*

2.  Fix the Court focuses solely on examining activities of the federal judiciary—especially the Supreme Court—including educating the public regarding the Supreme Court's justices and activities, and proposing reforms to improve transparency and public confidence.

3.  Fix the Court undertakes a range of activities to support its mission. These include obtaining and publicizing financial disclosure forms filed by Supreme Court justices; requesting prompt release of audio recordings of oral arguments; providing commentary and analysis on the justices' financial disclosures and recusals; and identifying opportunities for public action and engagement.

4. Through its work, Fix the Court has made numerous concrete contributions to making the federal judiciary more accessible, open, and accountable. These include requesting and being granted live online audio for the D.C. Circuit's hearing in *Garza v. Hargan*; working with senators on a bipartisan basis to seek same-day audio for all October Term Supreme Court proceedings in 2018; securing digital access for the public to judges' and justices' financial disclosure reports; and increasing public awareness of conflicts issues involving stock ownership by federal judges and the potential for divestitures to reduce the need for recusals.

5. With regard to nominations to the Supreme Court, though Fix the Court has never taken a position on whether a nominee should be confirmed by the Senate and never will, it does focus on helping the public and the Senate assess judges' records and fitness to be justices of the Supreme Court and their commitment to the values and reforms Fix the Court advocates.

6. Specifically, Fix the Court researches likely nominees and identifies sources of relevant records regarding their credentials and jurisprudence; submits public information requests to obtain these records; summarizes, analyzes, and distributes records it receives; and educates the public about the nominee and the confirmation process, including how to contact senators to request that they probe certain topics in the confirmation process or ultimately support or oppose a nominee.

7. Contributing to the public discourse and promoting public engagement are key components of Fix the Court's mission. Fix the Court collaborates with individuals and organizations nationwide—and across the political spectrum—to raise awareness of these issues and advocate for reforms. For example, Fix the Court has partnered with the Federalist Society and the American Constitution Society to co-host events at a dozen law schools.

8. In my role as Executive Director, I make frequent media appearances to discuss Fix the Court's work, to inform the public discourse regarding the Supreme Court's activities, and to advocate for reforms, such as increasing media and public access to the Court's proceedings, strengthening protections against conflicts of interest, and making financial disclosures more robust and readily available for public review.

9. Fix the Court's ability to obtain public records on a prompt basis is crucial to its goals of promoting accountability, transparency, and reform at the Supreme Court and assessing nominees' fitness to join the Court. Prompt responses to public records requests and timely production of relevant documents are crucial to its ability to inform and enhance the public debate surrounding these issues, and to raise awareness of the reforms Fix the Court advocates.

### *Fix the Court's FOIA Request to DOJ*

10. In light of widespread media speculation that Judge Brett M. Kavanaugh could be added to President Trump's short list of potential Supreme Court nominees, on May 8, 2017, Fix the Court submitted a Freedom of Information Act ("FOIA") request to the U.S. Department of Justice ("DOJ"), seeking records related to Judge Kavanaugh's past public service with the White House, where he served in associate counsel and assistant to the staff secretary roles from 2001 to 2006. A true and correct copy of an email chain between myself and Melissa Golden, Lead Paralegal and FOIA Specialist at DOJ, containing the May 8, 2017 FOIA request and subsequent correspondence, is attached hereto as Exhibit A.

11. Fix the Court considers this information vital to its mission to contribute information and analysis to the public discourse concerning Supreme Court nominations and the Court in general.

12. Fix the Court sought information concerning Judge Kavanaugh's background at this early time so that Fix the Court would have relevant data available to share with the public if Judge Kavanaugh was in fact nominated.

13. Specifically, Fix the Court requested "[a]ll correspondence sent by U.S. Department of Justice personnel to Brett M. Kavanaugh and all correspondence sent by Brett M. Kavanaugh to U.S. Department of Justice personnel from January 20, 2001, to May 30, 2006," noting that Judge Kavanaugh had served in the White House during this timeframe. Ex. A at 5-6.

14. For clarity, Fix the Court noted in its request that responsive records should include "all digital (e-mail), print or other correspondence and attachments including instances where [Mr. Kavanaugh] was merely carbon copied (CC'd)." Ex. A at 5.

15. In telephone and email correspondence on August 14 and 15, 2017, Ms. Golden requested that Fix the Court narrow its request to a search of the email accounts of the heads of the Office of Legal Counsel during the stated time period. *Id.* at 4.

16. In the interest of acting cooperatively with DOJ, Fix the Court agreed. On September 5, 2017, Fix the Court submitted a narrowed FOIA request to DOJ, via email to Ms. Golden, for "[a]ll correspondence sent by the Assistant Attorney General in charge of the Office of Legal Counsel and his or her primary deputy to Brett M. Kavanaugh and all correspondence sent by Brett M. Kavanaugh to the Assistant Attorney General in charge of the Office of Legal Counsel and his or her primary deputy from January 20, 2001, to May 30, 2006." *Id.* at 3-4.

17. Ms. Golden responded to this email on the same day, demonstrating that Fix the Court's request had been received. *Id.* at 3.

18. Having received no further information, Fix the Court emailed Ms. Golden on October 17, 2017, asking for a status update. *Id.* at 2.

19. On October 20, 2017, Ms. Golden replied, "Unfortunately, not really. Your request is still in queue for processing." *Id.*

20. Fix the Court followed up with DOJ again in December 2017, and on December 22, 2017, Ms. Golden responded, informing Fix the Court that its "request [was] in the queue behind many other requests[.]" *Id.*

21. Fix the Court received no further communications from DOJ regarding its FOIA request, and accordingly requested another status update on May 14, 2018. Specifically, I wrote to Ms. Golden: "Since it's been almost six months since we last corresponded on this FOIA request, I thought I'd check in to see how it's going. Do you happen to have an update for me?" *Id.* at 1.

22. Ms. Golden replied on May 25, 2018 that "[u]nfortunately, the status for this request remains the same." *Id.*

23. As of the date of this Declaration, Fix the Court has received no further information from DOJ concerning the scope of records to be produced in response to its request, nor has Fix the Court received a single document in response to its request.

### *Judge Kavanaugh's Nomination and Subsequent Events*

24. On July 9, 2018, President Trump nominated Judge Kavanaugh to the U.S. Supreme Court.

25. In light of this announcement, Fix the Court's need for a determination on its FOIA request to DOJ is all the more urgent. Fix the Court considers it essential that as much information as possible is available for public consumption prior to Judge Kavanaugh's confirmation hearings, in the interest of a fully informed confirmation process.

26. As Senate Republicans have indicated they will proceed with the process as soon as possible, Fix the Court believes that time is of the essence with respect to the records it has requested from DOJ.

27. Therefore, on July 12, 2018, Fix the Court submitted a request for expedited processing of its FOIA request to DOJ. Ex. A at 1.

28. On June 13, 2018, DOJ granted Fix the Court's request for expedited processing. A true and correct copy of a letter from Paul P. Colborn, Special Counsel at DOJ, granting Fix the Court's request for expedited processing, is attached hereto as Exhibit B.

29. Mr. Colborn's email noted that, "[b]ecause of the considerable number of FOIA requests received by [Office of Legal Counsel] prior to your request, including other previously expedited requests, our staff has not yet been able to process your request. Accordingly, we have been unable to respond to your request within the twenty-day statutory deadline. I regret the necessity of this delay, but I assure you that your request will be processed as soon as practicable." Ex. B.

30. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 16, 2018                         _____
                                                                Gabe Roth

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2018, I caused a copy of the foregoing Declaration of Gabe Roth in Support of Plaintiff's Motion for a Preliminary Injunction to be hand-delivered to defendant at the following address:

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

In addition, a courtesy copy has been delivered to:

Jessie K. Liu
U.S. Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530


Dated:  July 16, 2018                                              Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff Fix the Court*