# Exhibit A

**From:** Gabe Roth gabe@fixthecourt.com
**Subject:** Re: Proposed Narrowing of FOIA Request FY17-207
**Date:** July 12, 2018 at 12:48 PM
**To:** USDOJ-Office of Legal Counsel (SMO) USDOJ-OfficeofLegalCounsel@usdoj.gov
**Bcc:** katherine.anthony@americanoversight.org

Melissa,

Given the recent announcement regarding Mr. Kavanaugh's nomination to the Supreme Court, pursuant to 5 U.S.C. § 552(a)(6)(E)(i) and 28 C.F.R. § 16.5(e)(1)(ii), Fix the Court requests that DOJ expedite the processing of this request.

I hereby certify that, to the best of my knowledge and belief, the information requested is urgently needed in order to inform the public concerning actual or alleged government activity. As you know, on July 9 President Trump announced that he has nominated Mr. Kavanaugh to the Supreme Court, and Senate Majority Leader Mitch McConnell had previously stated that the Senate will act quickly to confirm the President's nominee. The American public has a substantial and urgent need to have access to public records concerning Mr. Kavanaugh's public service record to inform its understanding of the impending confirmation hearings.

I further certify that Fix the Court is primarily engaged in disseminating information to the public. Fix the Court advocates for reforms to the federal judiciary that would make the third branch more transparent and accountable. We seek information and public records as part of our process and use those materials to educate the American about the court and its current and potential justices, sharing information with the media, issuing press releases, reports, and research. As just one example, Fix the Court recently shared financial disclosure reports it obtained for Mr. Kavanaugh and other potential nominees to the Supreme Court appearing on the President's short list (see NEW: Financial Disclosure Reports of the Supreme Court Finalists, Fix the Court, July 6, 2018, https://fixthecourt.com/2018/07/fdshortlisters/).

Accordingly, Fix the Court's request satisfies the criteria for expedition. Please inform me whether DOJ will comply with my request for expedited processing within 10 calendar days, as required by 5 U.S.C. § 552(a)(6)(E)(ii)(I) and 28 C.F.R. § 16.5(e)(4).

Thank you,
Gabe

--------------
Gabe Roth
Fix the Court
202-780-4990

On Fri, May 25, 2018 at 10:21 AM, Gabe Roth <gabe@fixthecourt.com> wrote:
Thank you for letting me know.

On Fri, May 25, 2018 at 10:03 AM, USDOJ-Office of Legal Counsel (SMO) <USDOJ-OfficeofLegalCounsel@usdoj.gov> wrote:

> Unfortunately, the status for this request remains the same.
>
> Sincerely,
>
> Melissa Golden, Esq.
>
> Lead Paralegal and FOIA Specialist
>
> Office of Legal Counsel
>
> Department of Justice
>
> **From:** Gabe Roth <gabe@fixthecourt.com>
> **Sent:** Monday, May 14, 2018 11:23 AM
>
> **To:** USDOJ-Office of Legal Counsel (SMO) <Ex_OLC@jmd.usdoj.gov>
> **Subject:** Re: Proposed Narrowing of FOIA Request FY17-207
>
> Hi, Melissa,
>
> Since it's been almost six months since we last corresponded on this FOIA request, I thought I'd check in to see how it's going. Do you happen to have an update for me?

Thank you,
Gabe

202-780-4990

On Fri, Dec 22, 2017 at 11:14 AM, USDOJ-Office of Legal Counsel (SMO) <USDOJ-OfficeofLegalCounsel@usdoj.gov> wrote:

> Dear Gabe:
>
> Got your voicemail message.  The narrowing you agreed to is helpful, and should decrease the overall time it takes to process your request, but your request is in the queue behind many other requests that were either received earlier or granted expedited processing.
>
> Sincerely,
>
> Melissa Golden, Esq.
>
> Lead Paralegal and FOIA Specialist
>
> Office of Legal Counsel
>
> Department of Justice
>
> **From:** USDOJ-Office of Legal Counsel (SMO)
> **Sent:** Friday, October 20, 2017 1:24 PM
> **To:** 'Gabe Roth' <gabe@fixthecourt.com>
> **Subject:** RE: Proposed Narrowing of FOIA Request FY17-207
>
> Unfortunately, not really.  Your request is still in queue for processing.
>
> Sincerely,
>
> Melissa Golden, Esq.
>
> Lead Paralegal and FOIA Specialist
>
> Office of Legal Counsel
>
> Department of Justice
>
> **From:** Gabe Roth [mailto:gabe@fixthecourt.com]
> **Sent:** Tuesday, October 17, 2017 4:11 PM
> **To:** USDOJ-Office of Legal Counsel (SMO) <Ex_OLC@jmd.usdoj.gov>
>
> Subject: Re: Proposed Narrowing of FOIA Request FY17-207
>
> Hi, Melissa. Any updates to this request? Thanks, Gabe

On Tue, Sep 5, 2017 at 4:44 PM, Gabe Roth <gabe@fixthecourt.com> wrote:

I did, thank you!

On Tue, Sep 5, 2017 at 4:34 PM, USDOJ-Office of Legal Counsel (SMO) <USDOJ-OfficeofLegalCounsel@usdoj.gov> wrote:

Hope you had a nice vacation;-)

Sincerely,

Melissa Golden, Esq.

Lead Paralegal and FOIA Specialist

Office of Legal Counsel

Department of Justice

Please note my new last name (formerly Kassier)

**From:** Gabe Roth [mailto:gabe@fixthecourt.com]
**Sent:** Tuesday, September 05, 2017 3:30 PM
**To:** USDOJ-Office of Legal Counsel (SMO) <Ex_OLC@jmd.usdoj.gov>; USDOJ-Office of Legal Counsel (SMO) <Ex_OLC@jmd.usdoj.gov>
**Subject:** Re: Proposed Narrowing of FOIA Request FY17-207

Fix the Court

1440 G St. NW, Ste. 801

Washington, D.C., 20005

Melissa Golden

Lead Paralegal and FOIA Specialist

Department of Justice

Room 5511, 950 Pennsylvania Avenue, N.W.

Washington, D.C., 20530-0001

*Delivered via e-mail*

September 5, 2017

Dear Ms. Golden,

Pursuant to the Freedom of Information Act, and pursuant to our phone call on August 14, 2017, about narrowing my May 8, 2017, FOIA request, I am requesting access to and copies of the following:

  - All correspondence sent by the Assistant Attorney General in charge of the Office

of Legal Counsel and his or her primary deputy to Brett M. Kavanaugh and all correspondence sent by Brett M. Kavanaugh to the Assistant Attorney General in charge of the Office of Legal Counsel and his or her primary deputy from January 20, 2001, to May 30, 2006. This should include all digital (e-mail), print or other correspondence and attachments including instances where he was merely carbon copied (CC'd).

For reference, Mr. Kavanaugh served in the White House from January 2001 to May 2006.

As Fix the Court is a nonprofit organization, I request that any fees that may be associated with this request be waived. Given the time-sensitive nature of this request, I also ask that it be expedited.

If possible, I would prefer to receive this information electronically via e-mail at gabe@fixthecourt.com. If records must be sent by mail, please send them to: Gabe Roth, Fix the Court, 1440 G St. NW, Ste. 801, Washington, D.C., 20005.

If you have questions or need additional information from me, please feel free to call me at 202-780-4990.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act.

Thank you for your assistance.

Sincerely,

Gabe Roth

Executive Director

Fix the Court

On Tue, Aug 15, 2017 at 1:17 PM, USDOJ-Office of Legal Counsel (SMO) <USDOJ-OfficeofLegalCounsel@usdoj.gov> wrote:

> Dear Mr. Roth:
>
> As we discussed by phone yesterday, processing your request as currently written would be extremely burdensome due to the breadth of the search it would require.  It would greatly facilitate the processing of your request if you would agree to narrow the email portion of your request to our search of the email accounts of the heads of OLC during the relevant time period (January 20, 2001, to May 30, 2006).
>
> **When you return from your vacation (which I hope is enjoyable), please let me know whether you are amenable to this narrowing.**

Sincerely,

Melissa Golden, Esq.

Lead Paralegal and FOIA Specialist

Office of Legal Counsel

Department of Justice

**Please note my new last name (formerly Kassier)**

**From:** Gabe Roth [mailto:gabe@fixthecourt.com]
**Sent:** Monday, May 08, 2017 2:03 PM
**To:** USDOJ-Office of Legal Counsel (SMO) <Ex_OLC@jmd.usdoj.gov>
**Subject:** FOIA request for DOJ records on Brett Kavanaugh

Fix the Court

1440 G St. NW, Ste. 801

Washington, D.C., 20005

Melissa Golden

Lead Paralegal and FOIA Specialist

Department of Justice

Room 5511, 950 Pennsylvania Avenue, N.W.

Washington, D.C., 20530-0001

*Delivered via e-mail*

May 8, 2017

Dear Ms. Golden,

Pursuant to Freedom of Information Act, I request access to and copies of the following:

> · All correspondence sent by U.S. Department of Justice personnel to Brett M. Kavanaugh and all correspondence sent by Brett M. Kavanaugh to U.S. Department of Justice personnel from January 20, 2001, to May 30, 2006. This should include all digital (e-mail), print or other correspondence and attachments including instances where he was merely carbon copied (CC'd).

For reference, Mr. Kavanaugh served in the White House from January 2001 to May 2006.

As Fix the Court is a nonprofit organization, I request that any fees that

may be associated with this request be waived. Given the time-sensitive nature of this request, I also ask that it be expedited.

If possible, I would prefer to receive this information electronically via e-mail at gabe@fixthecourt.com. If records must be sent by mail, please send them to: Gabe Roth, Fix the Court, 1440 G St. NW, Ste. 801, Washington, D.C., 20005.

If you have questions or need additional information from me, please feel free to call me at 202-780-4990.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act.

Thank you for your assistance.

Sincerely,

Gabe Roth

Executive Director

Fix the Court