# Exhibit B



U.S. Department of Justice

Office of Legal Counsel

Washington, D.C. 20530

July 13, 2018

Gabe Roth
Executive Director
Fix the Court
gabe@fixthecourt.com

Re:    FOIA Tracking No. FY17-207

Dear Mr. Roth:

On July 12, 2018, you sought expedited processing of your request that was assigned tracking number **FY17-207**. Your request for expedited processing has been granted and your request has now been assigned to the "expedited" processing track. Because of the considerable number of FOIA requests received by OLC prior to your request, including other previously expedited requests, our staff has not yet been able to process your request. Accordingly, we have been unable to respond to your request within the twenty-day statutory deadline. I regret the necessity of this delay, but I assure you that your request will be processed as soon as practicable.

In the meantime, if you have any questions or wish to discuss your request, you may contact Melissa Golden, OLC's FOIA Public Liaison, at usdoj-officeoflegalcounsel@usdoj.gov, (202) 514-2053, or at Office of Legal Counsel, United States Department of Justice, 950 Pennsylvania Ave., N.W., Room 5511, Washington, DC 20530.

Sincerely,

Paul P. Colborn
Special Counsel