# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT <br> 1440 G St. NW, Ste. 800, <br> Washington, DC 20005 <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE <br> 950 Pennsylvania Avenue NW <br> Washington, DC 20530 <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-cv-01620-CKK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Danielle Wolfson Young as counsel for the defendant in this matter. All future correspondence and other communications regarding this matter should be directed to Ms. Young at the address and phone number below.

Dated: July 16, 2018          Respectfully submitted,

*/s/ Danielle Wolfson Young*
Danielle Wolfson Young (TX Bar 24098649)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel.: (202) 616-2035
Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*

## **CERTIFICATE OF FAMILIARITY**

Pursuant to LCvR 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated: July 16, 2018                              Respectfully submitted,

                                                                   */s/ Danielle Wolfson Young*
                                                                   DANIELLE WOLFSON YOUNG