THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT<br>1440 G St. NW, Ste. 800,<br>Washington, DC 20005<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:18-cv-01620 |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Elizabeth J. Shapiro as counsel for the defendant in this matter.

Dated: July 16, 2018                    Respectfully submitted,

                                        */s/ Elizabeth J. Shapiro*
                                        Elizabeth J. Shapiro (DC Bar 418920)
                                        Deputy Director, Federal Programs Branch
                                        U.S. Department of Justice, Civil Division
                                        20 Massachusetts Avenue, NW
                                        Washington, DC 20530
                                        Tel.: (202) 514-5302
                                        Email: elizabeth.shapiro@usdoj.gov

                                        *Counsel for Defendant*

## **CERTIFICATE OF FAMILIARITY**

Pursuant to LCvR 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.


Dated: July 16, 2018                                     Respectfully submitted,

                                                         */s/Elizabeth J. Shapiro*
                                                         ELIZABETH J. SHAPIRO