IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, | ) )  ) |
| *Plaintiff*, | ) ) |
| v. | )   Case No. 18-cv-1620 (CKK) ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| *Defendant*. | ) ) ) |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff Fix the Court, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant the U.S. Department of Justice in the above-captioned matter.

Dated: July 17, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 18-cv-1620 (CKK) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

**DECLARATION OF SERVICE**

I, KATHERINE M. ANTHONY, hereby declare as follows:

1. I am employed at American Oversight.

2. On July 10, 2018, Fix the Court initiated the above-captioned matter in the U.S. District Court for the District of Columbia. On July 11, 2018, the Court issued signed summonses for service, and on July 12, 2018 I served the summonses and copies of the complaint on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the U.S. Department of Justice. Service was effected by hand delivery on the U.S. Attorney for the District of Columbia and by Certified U.S. Mail, First-Class, return-receipt requested on the U.S. Attorney General and the U.S. Department of Justice.

3. On July 12, 2018, I served the U.S. Attorney for the District of Columbia by hand delivery made to paralegal Sharon Lee at the Civil Division of the U.S. Attorney's Office on the fourth floor of 501 Third Street NW, Washington, DC.

4. According to USPS Tracking, service of process was effected on the U.S. Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20530 on July 16, 2018.

True and correct copies of the Certified Mail Receipt and the USPS Tracking Results demonstrating service on the U.S. Attorney General are attached in Exhibit A.

5. According to USPS Tracking, service of process was effected on Defendant the U.S. Department of Justice at 950 Pennsylvania Avenue NW, Washington, DC 20530 on July 16, 2018. True and correct copies of the Certified Mail Receipt and the USPS Tracking Results demonstrating service on the U.S. Department of Justice are attached in Exhibit A.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2018

_____
Katherine M. Anthony