# USPS Tracking®

Track Another Package



**Tracking Number:** 70172620000005151128

**Expected Delivery on**

# MONDAY
# 16 JULY 2018 ⓘ by 8:00pm ⓘ

## ✓ Delivered

July 16, 2018 at 4:32 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

July 16, 2018, 4:32 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:32 am on July 16, 2018 in WASHINGTON, DC 20530.

July 15, 2018, 11:11 am
Available for Pickup
WASHINGTON, DC 20530

July 15, 2018, 6:02 am
Arrived at Hub
WASHINGTON, DC 20018

July 14, 2018
In Transit to Next Facility

July 13, 2018
In Transit to Next Facility

July 12, 2018, 11:26 pm
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

July 12, 2018, 6:05 pm
Departed Post Office
WASHINGTON, DC 20005

July 12, 2018, 9:52 am
USPS in possession of item
WASHINGTON, DC 20005

## Product Information                                                    ∧

| Postal Product: | Features: | See tracking for related item: 9590940238798060562002 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940238798060562002) |

See Less ∧

# Can't find what you're looking for?

# USPS Tracking®

Track Another Package

**Tracking Number:** 70172620000005151098

**Expected Delivery on**

# MONDAY
# 16 JULY 2018 ⓘ   by 8:00pm ⓘ

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20531
OFFICIAL USE

Certified Mail Fee  $3.45         0238
$                    $2.75         07
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00    Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage              $1.21
$                                              07/12/2018

Jeff Sessions
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

## ✓ Delivered

July 16, 2018 at 4:32 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

July 16, 2018, 4:32 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:32 am on July 16, 2018 in WASHINGTON, DC 20530.

July 15, 2018, 11:11 am
Available for Pickup
WASHINGTON, DC 20530

July 15, 2018, 6:09 am
Arrived at Hub
WASHINGTON, DC 20018

July 14, 2018
In Transit to Next Facility

July 13, 2018
In Transit to Next Facility

July 12, 2018, 11:28 pm
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

July 12, 2018, 6:05 pm
Departed Post Office
WASHINGTON, DC 20005

July 12, 2018, 9:52 am
USPS in possession of item
WASHINGTON, DC 20005

## Product Information ∧

| Postal Product: | Features: | |
|---|---|---|
| First-Class Mail® | Certified Mail™ | See tracking for related item: 9590940238798060561999 (/go/TrackConfirmAction?tLabels=9590940238798060561999) |

**See Less** ∧

# Can't find what you're looking for?