IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No. 18-1620 (CKK) |
| U.S. DEPARTMENT OF JUSTICE | ) ) ) | |
| *Defendant.* | ) ) | |

## NOTICE OF FILING DECLARATION

Plaintiff Fix the Court, through undersigned counsel, respectfully submits the attached Declaration in Further Support of Motion for Admission *Pro Hac Vice* of Katherine M. Anthony.

Dated: July 17, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff Fix the Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 18-1620 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF KATHERINE M. ANTHONY IN FURTHER SUPPORT OF MOTION TO BE ADMITTED *PRO HAC VICE***

I, KATHERINE M. ANTHONY, hereby declare as follows:

1. On July 16, 2018, Plaintiff moved for my admission *pro hac vice* in connection with this matter.

2. By Minute Order dated July 16, 2018, the Court granted the motion contingent upon my submission of a declaration that I have reviewed and am familiar with the Local Rules of this Court.

3. I hereby state and declare that I have reviewed and am familiar with the Local Rules of this Court.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:  July 17, 2018                                              _____
                                                                                Katherine M. Anthony

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2018, I electronically filed a copy of the foregoing Notice and Declaration in Further Support of Motion for Admission *Pro Hac Vice*. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: July 17, 2018                                        Respectfully submitted,

                                                                        */s/ Elizabeth France*
                                                                        Elizabeth France