AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Fix the Court | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-1620 (CKK) |
| U.S. Department of Justice | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fix the Court  .

Date: 07/17/2018

/s/ Austin R. Evers
*Attorney's signature*

Austin R. Evers, D.C. Bar No. 1006999
*Printed name and bar number*

1030 15th Street NW, Suite B255
Washington, DC 20005

*Address*

austin.evers@americanoversight.org
*E-mail address*

(202) 869-5241
*Telephone number*

(202) 871-6523
*FAX number*