THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT <br> 1440 G St. NW, Ste. 800, <br> Washington, DC 20005 <br> *Plaintiff*, <br> v. <br> U.S. DEPARTMENT OF JUSTICE <br> 950 Pennsylvania Avenue NW <br> Washington, DC 20530 <br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:18-cv-01620-CKK |

## STATUS REPORT

Pursuant to the Court's order on July 17, 2018, the Defendant hereby submits this Status Report.  The number of potentially responsive documents at issue in this case is 653 documents totaling approximately 1800 pages.  Defendant has already provided this information to Plaintiff.

Dated: July 23, 2018                    Respectfully submitted,

                                                                                  CHAD A. READLER
                                                                                  Acting Assistant Attorney General

                                                                                  ELIZABETH J. SHAPIRO
                                                                                  Deputy Director

                                                                                  */s/ Danielle Wolfson Young*
                                                                                  Danielle Wolfson Young (TX Bar 4098649)
                                                                                  Trial Attorney, Federal Programs Branch
                                                                                 U.S. Department of Justice, Civil Division
                                                                                 20 Massachusetts Avenue, NW
                                                                                 Washington, DC 20530
                                                                                 Tel.: (202) 616-2035
                                                                                 Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2018, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      */s/ Danielle Wolfson Young*
Danielle Wolfson Young (TX Bar 4098649)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel.: (202) 616-2035
Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*