**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FIX THE COURT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 18-1620 (CKK) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

**JOINT STATUS REPORT**

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this Joint Status Report pursuant to the Court's Minute Order entered July 17, 2018.

1. On July 10, 2018, Fix the Court filed a complaint alleging that DOJ had failed to make determinations or to produce records with respect to a Freedom of Information Action ("FOIA") request Fix the Court submitted on April 4, 2018.

2. On July 16, 2018, Fix the Court filed a Motion for Preliminary Injunction enjoining DOJ from impeding Fix the Court's access to the requested records.

3. On July 17, 2018, the Court held a teleconference on the record. At that time, the Court ordered DOJ to file a status report indicating the number of potentially responsive records identified in its search on July 23, 2018; ordered DOJ to provide Fix the Court with information regarding its anticipated rate of processing, proposed schedule for production, intention of interagency consultation, and any expected claims of exemptions by noon on July 24; and ordered the parties to submit a joint status report by 5:00 PM on July 23, 2018, setting forth a joint proposed plan for review and release of the documents at issue. The Court also held Plaintiff's Motion for Preliminary Injunction in abeyance pending further order of the Court.

4. On July 23, 2018, DOJ filed a status report indicating that it had identified approximately 653 potentially responsive records comprising approximately 1800 pages.

5. On the same day, the DOJ proposed to Fix the Court that DOJ would process 400 pages every two weeks and make releases of responsive, non-exempt material every two weeks. DOJ indicated that it anticipated that interagency consultation would be necessary and that the proposed schedule accounted for time required for consultations.

6. Fix the Court accepted DOJ's proposal and is prepared to file the attached Notice of Withdrawal of Motion for Preliminary Injunction upon entry of a scheduling order. *See* Exhibit A.

7. The parties have agreed to the following schedule for processing Fix the Court's FOIA request:

- DOJ will process 400 pages of records every two weeks until processing is complete; and

- DOJ will make an initial production of responsive, non-exempt material beginning on August 3 and will make subsequent productions every other Friday and shall complete production not later than September 28, 2018; and

- The parties will file a Joint Status Report not later than October 1, 2018.

Dated: July 24, 2018                                                Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
Austin R. Evers
D.C. Bar No. 1006999
Katherine Anthony
M.A. Bar No. 685150*
(admitted *pro hac vice*)

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org
austin.evers@americanoversight.org
katherine.anthony@americanoversight.org

*Member of the M.A. bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while application for D.C. Bar membership is pending.

*Counsel for Plaintiff*

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Danielle Wolfson Young*
Danielle Wolfson Young (TX Bar 4098649)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel.: (202) 616-2035
Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FIX THE COURT, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 18-1620 (CKK) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**PROPOSED ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby

**ORDERED** that Defendant the Department of Justice ("DOJ") will process 400 pages of potentially responsive records every two weeks; and it is further

**ORDERED** that DOJ shall make an initial production of non-exempt responsive material on or before August 3, 2018 and shall make further productions every other Friday; and it is further

**ORDERED** that DOJ shall complete production not later than September 28, 2018; and it is further;

**ORDERED** that the parties shall submit a Joint Status Report not later than October 1, 2018.

**SO ORDERED**.

Date: _____           _____
                                         COLLEEN KOLLAR-KOTELLY

4

                        United States District Judge