UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,
        Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,
        Defendant.

Civil Action No. 18-1620 (CKK)

**ORDER**
(July 24, 2018)

     The Court has received the parties' [14] Joint Status Report. The Court understands that Plaintiff has agreed to withdraw its [5] Motion for a Preliminary Injunction upon entry of this Order. In light of the parties' [14] Joint Status Report, it is hereby

     **ORDERED** that Defendant U.S. Department of Justice ("DOJ") shall process 400 pages of potentially responsive records every two weeks; and it is further

     **ORDERED** that DOJ shall make an initial production of non-exempt responsive material on or before **AUGUST 3, 2018**, and shall make further productions every other Friday; and it is further

     **ORDERED** that DOJ shall complete production not later than **SEPTEMBER 28, 2018**; and it is further

     **ORDERED** that the parties shall submit a Joint Status Report not later than **OCTOBER 1, 2018**.

     **SO ORDERED**.

Dated: July 24, 2018

                                          /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge