# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 18-1620 (CKK) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Fix the Court hereby withdraws its Motion for a Preliminary Injunction, filed with the Court on July 16, 2018, ECF No. 5. Defendant the United States Department of Justice ("DOJ") has agreed to an expedited processing and production schedule for records responsive to Plaintiff Fix the Court's Freedom of Information Act request, as described in the Joint Status Report filed with the Court on July 24, 2018, ECF No. 14 and reflected in the Court's order dated July 24, 2018, ECF No. 15.

Dated: July 24, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
Austin R. Evers
D.C. Bar No. 1006999
Katherine Anthony
M.A. Bar No. 685150*
(admitted *pro hac vice*)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

austin.evers@americanoversight.org
katherine.anthony@americanoversight.org

*Member of the M.A. bar only; practicing in
the District of Columbia under the
supervision of members of the D.C. Bar
while application for D.C. Bar membership
is pending.

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2018, I electronically filed a copy of the foregoing Notice of Withdrawal of Motion for Preliminary Injunction. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: July 24, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff*