THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT<br>1440 G St. NW, Ste. 800,<br>Washington, DC 20005<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:18-cv-01620-CKK |

## DEFENDANT'S ANSWER

Defendant, the U.S. Department of Justice, hereby answers Plaintiff's Complaint as follows:

1. This paragraph consists of Plaintiff's characterization of this lawsuit, to which no response is required.

2. This paragraph consists of a conclusion of law regarding jurisdiction, to which no response is required.

3. This paragraph consists of a conclusion of law regarding venue, to which no response is required.

4. This paragraph consists of a conclusion of law regarding administrative exhaustion, to which no response is required.  To the extent a response is deemed necessary, Defendant denies the allegations contained in this paragraph, and further avers that Plaintiff is not entitled to the requested relief or any other relief from Defendant.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

6. Defendant admits the first sentence. The second sentence consists of a conclusion of law to which no response is required.

7. Defendant admits that it received from Plaintiff a FOIA request dated May 8, 2017, but respectfully refers the Court to the cited document for a full, fair, and accurate account of its contents. A copy of Plaintiff's request is attached hereto as Exhibit A.

8. This paragraph consists of Plaintiff's characterization of its request, to which no response is required. Defendant respectfully refers the Court to the cited document for a full, fair, and accurate account of its contents. *See* Ex. A.

9. Defendant admits that it requested that Plaintiff narrow its request, but respectfully refers the Court to the cited document for a full, fair, and accurate account of its contents, which is attached hereto as Exhibit B.

10. Defendant admits that Plaintiff submitted a revised request, but respectfully refers the Court to the cited document for a full, fair, and accurate account of its contents. *See* Ex. B.

11. Defendant admits that Plaintiff restated its request, but respectfully refers the Court to the cited document for a full, fair, and accurate account of its contents. *See* Ex. B.

12-17. Paragraphs 12-17 consists of Plaintiff's characterization of its communications with Defendant. Defendant admits the fact of the communications, but respectfully refers the Court to the cited document for a full, fair, and accurate account of its contents. *See* Ex. B.

18. Defendant admits only that it had not yet at the time of Plaintiff's Complaint provided any records or a final determination in response to Plaintiff's request, and further avers

that it granted Plaintiff's request for expedited processing. Defendant's grant of expedited processing is attached hereto as Exhibit C.

19. The allegations contained in this paragraph consist of a conclusion of law regarding administrative exhaustion, to which no response is required.

20. Defendant hereby incorporates the above responses to paragraphs 1 through 19 as if fully stated herein.

21-24. These paragraphs consists of conclusions of law, to which no responses are required. To the extent that a response is deemed necessary, Defendant denies the allegations.

25. This paragraph consists of conclusions of law, to which no responses are required. To the extent a response is deemed necessary, Defendant denies the allegations contained in this paragraph, and further avers that Plaintiff is not entitled to the requested relief or any other relief from Defendant.

26. Defendant hereby incorporates the above responses to paragraphs 1 through 25 as if fully stated herein.

27-31. These paragraphs consists of conclusions of law, to which no responses are required. To the extent that a response is deemed necessary, Defendant denies the allegations.

32. This paragraph consists of conclusions of law, to which no responses are required. To the extent a response is deemed necessary, Defendant denies the allegations contained in this paragraph, and further avers that Plaintiff is not entitled to the requested relief or any other relief from Defendant.

The remaining paragraphs of the Complaint constitute a request for relief, to which no response is required.  To the extent a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested or to any relief at all.

Defendant denies any and all allegations in the Complaint not expressly admitted herein to which a response is deemed necessary.

Dated: August 10, 2018                              Respectfully submitted,

                                                    CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Danielle Wolfson Young*
Danielle Wolfson Young (TX Bar 4098649)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel.: (202) 616-2035
Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Danielle Wolfson Young*
Danielle Wolfson Young (TX Bar 4098649)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel.: (202) 616-2035
Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*