# Exhibit A

17-207 Rec'd 5/8/17

| | |
|---|---|
| **From:** | Gabe Roth |
| **To:** | USDOJ-Office of Legal Counsel (SMO) |
| **Subject:** | FOIA request for DOJ records on Brett Kavanaugh |
| **Date:** | Monday, May 08, 2017 2:02:53 PM |

Fix the Court

1440 G St. NW, Ste. 801

Washington, D.C., 20005

Melissa Golden

Lead Paralegal and FOIA Specialist

Department of Justice

Room 5511, 950 Pennsylvania Avenue, N.W.

Washington, D.C., 20530-0001

*Delivered via e-mail*

May 8, 2017

Dear Ms. Golden,

Pursuant to Freedom of Information Act, I request access to and copies of the following:

- All correspondence sent by U.S. Department of Justice personnel to Brett M. Kavanaugh and all correspondence sent by Brett M. Kavanaugh to U.S. Department of Justice personnel from January 20, 2001, to May 30, 2006. This should include all digital (e-mail), print or other correspondence and attachments including instances where he was merely carbon copied (CC'd).

For reference, Mr. Kavanaugh served in the White House from January 2001 to May 2006.

As Fix the Court is a nonprofit organization, I request that any fees that may be associated with this request be waived. Given the time-sensitive nature of this request, I also ask that it be expedited.

If possible, I would prefer to receive this information electronically via e-mail at gabe@fixthecourt.com. If records must be sent by mail, please send them to: Gabe Roth, Fix the Court, 1440 G St. NW, Ste. 801, Washington, D.C., 20005.

If you have questions or need additional information from me, please feel free to call me at 202-780-4990.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act.

Thank you for your assistance.

Sincerely,

Gabe Roth

Executive Director

Fix the Court