THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT<br>1440 G St. NW, Ste. 800,<br>Washington, DC 20005<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:18-cv-01620-CKK |

## NOTICE OF CHANGE OF ADDRESSES

To the Clerk of the Court and all parties of record:

Please enter the following change of addresses for Elizabeth J. Shapiro and Danielle Wolfson Young as counsel for the Defendant in this matter. All future correspondence and other communications regarding this matter should be directed to counsel at the addresses and phone numbers below.

Dated: September 18, 2018         Respectfully submitted,

*/s/ Elizabeth J. Shapiro*
Elizabeth J. Shapiro (DC Bar 418920)
Deputy Director, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 12100
Washington, DC 20005
Tel.: (202) 514-5302
Email: elizabeth.shapiro@usdoj.gov

*/s/ Danielle Wolfson Young*
Danielle Wolfson Young (TX Bar 24098649)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division

1100 L Street, NW, Room 12312
Washington, DC 20005
Tel.: (202) 616-2035
Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*