# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 18-1620 (CKK) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this Joint Status Report pursuant to the Court's Minute Order entered July 26, 2018.

On September 17, 2018 DOJ completed its final response to Plaintiff's request. DOJ produced 844 pages in full or in part and withheld 899 pages in full, for a total of 1,743 pages processed. Currently, the parties are working on resolving the matter without judicial involvement. Accordingly, the parties request that they file an additional status update on November 30, 2018.

Dated: October 1, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Danielle Wolfson Young*
Danielle Wolfson Young (TX Bar 4098649)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 12312
Washington, DC 20005
Tel.: (202) 616-2035

Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
Austin R. Evers
D.C. Bar No. 1006999
Katherine Anthony
M.A. Bar No. 685150*
(admitted *pro hac vice*)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org
austin.evers@americanoversight.org
katherine.anthony@americanoversight.org

*Member of the M.A. bar only; practicing in
the District of Columbia under the
supervision of members of the D.C. Bar
while application for D.C. Bar membership
is pending.

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FIX THE COURT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 18-1620 (CKK) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**<u>PROPOSED ORDER</u>**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the

parties shall submit a Joint Status Report not later than November 30, 2018.

**SO ORDERED**.


Date: _____                _____

COLLEEN KOLLAR-KOTELLY
United States District Judge