# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 1:18-cv-1620 (CKK) |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of the Court and all parties of record:

Please enter the following change of address for Rebecca Kopplin as counsel for Federal Defendants in this matter. All future correspondence and other communications regarding this matter should be directed to counsel at the address below.

Dated: October 9, 2018

Respectfully submitted,

*/s/ Rebecca M. Kopplin*
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-3953
Fax: (202) 616-8470
E-mail: rebecca.m.kopplin@usdoj.gov

*Counsel for Defendant*