# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 18-1620 (CKK) |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this Joint Status Report pursuant to the Court's Minute Order entered October 10, 2018.

On September 17, 2018 DOJ completed its final response to Plaintiff's request. DOJ produced 844 pages in full or in part and withheld 899 pages in full, for a total of 1,743 pages processed. As set forth in the October 1, 2018 Joint Status Report, the parties are working on resolving the matter without judicial involvement. Specifically, after negotiation, the parties agreed that Defendant would produce a draft Vaughn to Plaintiff for the documents withheld in full. On November 30, the Defendant finalized the draft Vaughn and submitted it to Plaintiff. Plaintiff needs additional time to review the draft Vaughn, and the parties need additional time to confer over any remaining objections that Plaintiff might have.

Accordingly, the parties request that they file an additional status update on January 31, 2018.

Dated: November 30, 2018                               Respectfully submitted,

                                                       JOSEPH H. HUNT

Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Danielle Wolfson Young*
Danielle Wolfson Young (TX Bar 4098649)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 12312
Washington, DC 20005
Tel.: (202) 616-2035
Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
Austin R. Evers
D.C. Bar No. 1006999
Katherine Anthony
M.A. Bar No. 685150*
(admitted *pro hac vice*)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org
austin.evers@americanoversight.org
katherine.anthony@americanoversight.org

*Member of the M.A. bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while application for D.C. Bar membership is pending.

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 18-1620 (CKK) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

## **PROPOSED ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall submit a Joint Status Report not later than January 31, 2018.

**SO ORDERED**.

Date: _____

COLLEEN KOLLAR-KOTELLY
United States District Judge