### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT,                     )<br>                                    )<br>             *Plaintiff*,           )<br>                                    )<br>v.                                  )    Case No. 18-1620 (CKK)<br>                                    )<br>U.S. DEPARTMENT OF JUSTICE,         )<br>                                    )<br>             *Defendant*.          )<br>                                    ) | |

### JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this Joint Status Report pursuant to the Court's Minute Order entered December 4, 2018.

On September 17, 2018 DOJ completed its initial response to Plaintiff's request. DOJ processed a total of 1,743 pages. As set forth in their Joint Status Reports, the parties are working to resolve the matter without judicial involvement.

Plaintiff sent the Defendant an initial set of follow-up questions on December 7. Defendant responded with a chart answering Plaintiff's initial questions on December 11. Due to the lapse in appropriations, the parties were then unable to confer on this matter for thirty-five days. Upon the restoration of funding, on January 30, Plaintiff sent the Defendant a second set of follow-up questions. The Defendant needs additional time to answer these questions, and the parties need additional time to confer over any remaining objections that Plaintiff might have.

Accordingly, the parties request that they file an additional status update on March 28, 2019.

Dated: January 31, 2019                                        Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Danielle Wolfson Young*
Danielle Wolfson Young (TX Bar 4098649)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 12312
Washington, DC 20005
Tel.: (202) 616-2035
Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
Austin R. Evers
D.C. Bar No. 1006999
Katherine Anthony
M.A. Bar No. 685150*
(admitted *pro hac vice*)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org
austin.evers@americanoversight.org
katherine.anthony@americanoversight.org

*Member of the M.A. bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while application for D.C. Bar membership is pending.

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FIX THE COURT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 18-1620 (CKK) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |

**PROPOSED ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall submit a Joint Status Report not later than March 28, 2019.

**SO ORDERED**.

Date: _____          _____
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge

3