# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Case No. 18-1620 (CKK) |
| U.S. DEPARTMENT OF JUSTICE, | )<br>)<br>) |
| *Defendant*. | )<br>) |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this Joint Status Report pursuant to the Court's Minute Order entered April 1, 2019.

On September 17, 2018, DOJ completed its initial response to Plaintiff's request. DOJ processed a total of 1,743 pages. As set forth in their Joint Status Reports, the parties are working to resolve the matter without judicial involvement. The parties have significantly narrowed the number of issues remaining in dispute, and on May 23, 2019, DOJ provided Plaintiff information concerning outstanding questions Plaintiff had raised. The parties need a brief additional period of time to confer over this information and work on resolving this matter.

Accordingly, the parties request that they file an additional status update on June 18, 2019. Should the parties resolve the matter prior to that date, they will notify the Court promptly.

Dated: May 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ Danielle Wolfson Young
Danielle Wolfson Young
Texas Bar No. 24098649
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 12312
Washington, DC 20005
Tel.: (202) 616-2035
Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*

/s/ Katherine M. Anthony
Elizabeth France
D.C. Bar No. 999851
Austin R. Evers
D.C. Bar No. 1006999
Katherine Anthony
M.A. Bar No. 685150*
(admitted *pro hac vice*)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org
austin.evers@americanoversight.org
katherine.anthony@americanoversight.org

*Member of the M.A. bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while application for D.C. Bar membership is pending.

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 18-1620 (CKK) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant.* | ) |

## **PROPOSED ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall submit a Joint Status Report not later than June 18, 2019.

**SO ORDERED**.

Date: _____ _____
COLLEEN KOLLAR-KOTELLY
United States District Judge