# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT,<br><br>     *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>     *Defendant*. | )<br>)<br>)<br>)<br>)<br>) Case No. 18-1620 (CKK)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fix the Court and Defendant the U.S. Department of Justice, by and through their undersigned counsel, hereby stipulate and agree to dismiss this action without prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated: June 17, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Danielle Wolfson Young*
Danielle Wolfson Young
Texas Bar No. 24098649
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 11526
Washington, DC 20005
Tel.: (202) 616-2035
Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*

2

/s/ Katherine M. Anthony
Elizabeth France
D.C. Bar No. 999851
Austin R. Evers
D.C. Bar No. 1006999
Katherine Anthony
M.A. Bar No. 685150*
(admitted *pro hac vice*)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org
austin.evers@americanoversight.org
katherine.anthony@americanoversight.org

*Member of the M.A. bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while application for D.C. Bar membership is pending.

*Counsel for Plaintiff*

2