UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br>      Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>      Defendant. | Civil Action No. 18-1620 (CKK) |

**ORDER**
(June 17, 2019)

In light of the parties' [25] Joint Stipulation of Voluntary Dismissal, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with the signatures of counsel to both parties, and indicating that the parties agree to dismiss this case without prejudice and to bear their own costs, attorney's fees, and expenses, it is, this 17th day of June, 2019, hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge